**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------X
ZOLTAN HIRSCH,

               Plaintiff,                            **Civil Action No. 1:10-Civ-09497-LTS**

               v.

HUI ZHENG HUANG, d/b/a WING HING
GOOD RESTAURANT, et al.,

               Defendants.
--------------------------------------------------------X

### NOTICE OF SETTLEMENT SOLELY AS TO DEFENDANT 511 GRAND, LLC

       Plaintiff, ZOLTAN HIRSCH, and Defendant 511 GRAND LLC, by and through their respective undersigned counsel, hereby notify the Court that settlement between the Plaintiff and solely Defendant,511 GRAND LLC, has been reached in the above styled case.  A Confidential Settlement Agreement is being drafted and will be circulated for signatures.  The parties request a sixty (60) day Order of dismissal.  All pending motions as to said Defendant should be deemed as moot.

Dated this 4th day of January, 2012.

Respectfully submitted,

By: s/ B. Bradley Weitz_____        By: s/ Sam P. Israel_____
    B. Bradley Weitz, Esq. (BW9365)         Sam P. Israel, Esq.
    THE WEITZ LAW FIRM, P.A.            SAM P. ISRAEL, P.C.
    Attorney for Plaintiff                  1 Liberty Plaza
    Bank of America Building             Twenty Third Floor
    18305 Biscayne Blvd., Suite 214      New York, New York 10006
    Aventura, Florida 33160              Facsimile:   (212) 201-5345
    Telephone:   (305) 949-7777          Telephone:  (212) 201-5343
    Facsimile:    (305) 704-3877           Email: SmIsrael@aol.com
    Email: bbw@weitzfirm.com           Attorney for Defendant
                                  511 Grand LLC

  SO ORDERED: _____
                 United States District Judge