USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 1 0 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ZOLTAN HIRSCH,

                Plaintiff,

      -against-

HUI ZHENG HUANG d/b/a WING HING
GOOD RESTAURANT and
511 GRAND LLC,

                Defendants.

No. 10 Civ. 9497 (LTS)

ORDER OF TERMINATION
OF PARTY

      The attorneys for the parties have advised the Court that this action has been or will be settled as between the Plaintiff and Defendant 511 Grand LLC. Accordingly, it is hereby ORDERED that 511 Grand LLC is terminated as a party to this action with prejudice and without costs to either party, but without prejudice to restoration of 511 Grand LLC as a defendant in this action if settlement is not achieved within sixty (60) days of the date of this Order. If a party wishes to restore 511 Grand LLC as a defendant, the party must make a letter application before the sixty (60)-day period expires.

      The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they shall submit the settlement agreement to the Court to be so ordered.

      SO ORDERED.

Dated: New York, New York
       January 10, 2012

LAURA TAYLOR SWAIN
United States District Judge

60dayorder.511Grand.wpd    version 10/20/10