```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ZOLTAN HIRSCH, <br><br> Plaintiff, <br><br> vs. <br><br> HUI ZHEN HUANG, d/b/a WING HING GOOD RESTAURANT, <br><br> Defendant. | CASE NO: 1:10-cv-09497-LTS |

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT HUI ZHEN HUANG, d/b/a WING HING GOOD RESTAURANT

Plaintiff, ZOLTAN HIRSCH, pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, as his undersigned counsel has recently attempted to contact the WING HING GOOD RESTAURANT, which apparently is no longer operational, and therefore, the Plaintiff hereby voluntary dismisses Defendant HUI ZHEN HUANG, d/b/a WING HING GOOD RESTAURANT, without prejudice.

Dated this 11th day of September, 2013.

Respectfully submitted,

By: /s/ B. Bradley Weitz
B. Bradley Weitz, Esq.
THE WEITZ LAW FIRM, P.A.
Attorney for Plaintiff
Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
Telephone: (305) 949-7777
Facsimile: (305) 704-3877
Email: bbw@weitzfirm.com

Application granted.  The Clerk is directed to close this case.

Dated: September 11, 2013
       New York, New York

/s/ Lorna G. Schofield
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE